**STATE of Missouri, Respondent,**

v.

**Ernest GREER, Appellant.**

**Nos. WD 42449, WD 44112.**

Missouri Court of Appeals,
Western District.

Oct. 22, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1991.

Application to Transfer Denied
Jan. 28, 1992.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

·Before FENNER, P.J., LOWENSTEIN, C.J., and ULRICH, J.

#### ORDER

PER CURIAM:

In this consolidated appeal, defendant appeals from conviction of first degree assault and armed criminal action, §§ 565.050 and 571.015.1, RSMo 1986, and the denial of a Rule 29.15 motion for postconviction relief after an evidentiary hearing.

The judgment of conviction is affirmed. Rule 30.25(b).

The denial of postconviction relief is affirmed. Rule 84.16(b).